No. 04–5406. Esteban Guerrero v. United States. C. A. 10th Cir. Certiorari denied.

No. 04–5407. Hewitt v. Early, Warden. C. A. 9th Cir. Certiorari denied.

No. 04–5408. Brown v. Hicks, Clerk, Superior Court of Georgia, Atlanta Judicial Circuit, et al. C. A. 11th Cir. Certiorari denied.

No. 04–5409. Carter v. United States. C. A. 3d Cir. Certiorari denied.

No. 04–5410. Calhoun-El v. Peguese, Warden, et al. C. A. 4th Cir. Certiorari denied.

No. 04–5412. DeValle v. United States. C. A. 11th Cir. Certiorari denied.

No. 04–5413. Davis v. Crosby, Secretary, Florida Department of Corrections, et al. C. A. 11th Cir. Certiorari denied.

No. 04–5414. Reynolds v. Barnes et al. C. A. 7th Cir. Certiorari denied.

No. 04–5415. Baca Sanchez v. Rawers, Warden. C. A. 9th Cir. Certiorari denied.

No. 04–5416. Shipley v. Giurbino, Warden. C. A. 9th Cir. Certiorari denied.

No. 04–5417. Burrell v. Carlton, Warden. C. A. 6th Cir. Certiorari denied.

No. 04–5418. Speights v. Frank, Secretary, Wisconsin Department of Corrections. C. A. 7th Cir. Certiorari denied.

No. 04–5419. Randolph v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division. C. A. 5th Cir. Certiorari denied.

No. 04–5420. Simuel v. Cooper, Attorney General of North Carolina. C. A. 4th Cir. Certiorari denied.